# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 18, 2013

## NO. 03-13-00362-CV

**Deborah Peck, Appellant**

v.

**Federal Home Loan Mortgage Corporation, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
## BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
## DISMISSED AS MOOT -- OPINION BY JUSTICE GOODWIN

**THIS DAY** came on to be submitted to this Court appellee's motion to dismiss appeal as moot in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed as moot. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.